UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER                )<br>1 Great Oak Circle                     )<br>B-44                                           )<br>Newport, VA 23606                  )<br>           Plaintiff,                       )<br>                                                )<br>     v.                                        )    No. 08-cv-00031 (EGS)<br>                                                )<br>DAVID S. CHU,                        )<br>     Under Secretary of Defense  )<br>                                                )<br>           Defendant.                    )<br>_____) | |

### NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 10th day of March, 2008, I caused the foregoing Entry of Appearance to be served by first class mail, postage prepaid, addressed as follows:

Jack A. Schwaner
1 Great Oak Circle
B-44
Newport, VA 23606

      /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney