UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  07-2349 (EGS) |
| ) | |
| DAVID S.C. CHU, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is defendant's motion to dismiss or for a more definite statement of the claims against him.  Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice… should include an explanation that the failure to respond…may result in the district court granting the motion and dismissing the case."  *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b).  Accordingly,  it is

ORDERED that plaintiff shall respond to defendant's motion to dismiss or for a more definite statement by **April 16, 2008**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case.

SIGNED: EMMET G.  SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: March 11, 2008