# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jack A. SCHWANER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-2349 (EGS) |
| | ) |
| David S. CHU, Under Secretary of Defense | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Christian A. Natiello, Assistant United States Attorney, and remove the appearance of Darrell Valdez, Assistant United States Attorney, as government counsel.

Respectfully submitted,

_____/s/_____
CHRISTIAN A. NATIELLO, D.C. Bar #473960
Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2008, a copy of the foregoing Notice of Substitution of Counsel was served by First-Class mail, postage prepaid to:

Jack A. Schwaner
1 Great Oak Circle
Apt. B-44
Newport, VA 23606

   /s/
CHRISTIAN A. NATIELLO D.C. Bar No. 473960
Assistant United States Attorney
Civil Division
555 4th Street, N.W., Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov