UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK A. SCHWANER,                    )
                                     )
              Plaintiff,             )
                                     )
        v.                           )          Civil Action No.  07-2349 (EGS)
                                     )
                                     )
DAVID S.C. CHU,                      )
                                     )
              Defendant.             )
_____)

ORDER

By Order of March 11, 2008, plaintiff was advised about his obligation to respond to the defendant's motion to dismiss or for a more definite statement by April 16, 2008.  Plaintiff has not responded or sought additional time to respond.  Accordingly, it is

ORDERED that defendants' motion to dismiss  [Dkt. No. 6] is GRANTED as conceded; and it is

FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the plaintiff files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: June 10, 2008