18 June, 2008
Jack A. Schwaner
1 Great Oak Cir: apt B-34
Newport News, Va. 23606

The Honorable Emmet G. Sullivan
United States District Judge
for the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20036

Reference to: Civil Action No. 07-2349(EDS)

I, the Plaintiff "Jack A. Schwaner" in Vs David S.C. Chu Defendant "Under Secretary .of Defense" a motion to dismiss was submitted by the Defendant to dismiss C.A. No. 07-2349 and granted.

The Plaintiff kept rigorous files in reference to this case and to the best of Plaintiff's knowledge no notification ever was received to respond to the Defendant;s motion to dismiss or for more definite statement by 16 April, 2008.

The Plaintiff requests a copy of the Defendant's motion to dismiss in order to respond to the Defendant's motion to dismiss or a requirement for a more definite statement.

A possibility could be the Defendant mail never reached the Plaintiff's due to a change of address from 1 Great Oak Cir: Apt.44 to the present Apt.34

Respectfully Submitted:

Jack A. Schwaner Pro-se
1 Great Oak Cir. Apt B-34
Newport News, Va. 23606

C.C. David S.C. Chu
    Under Secretary of Defense
    (Personnel and Readiness)
    Pentagon, Washington D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACK A. SCHWANER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2349 (EGS) |
| ) | |
| DAVID S.C. CHU, ) | |
| ) | |
| Defendant. ) | |

ORDER

By Order of March 11, 2008, plaintiff was advised about his obligation to respond to the defendant's motion to dismiss or for a more definite statement by April 16, 2008. Plaintiff has not responded or sought additional time to respond. Accordingly, it is

ORDERED that defendants' motion to dismiss [Dkt. No. 6] is GRANTED as conceded; and it is

FURTHER ORDERED that plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE, subject to reconsideration by the Court in the event that the plaintiff files a motion for reconsideration of this Order, setting forth the reasons for reconsideration, within 20 days from the filing date of this Order.

SIGNED: EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: June 10, 2008



DCD_ECFNotice@dcd.uscourts.gov
06/10/2008 11:43 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:07-cv-02349-EGS SCHWANER v. CHU Order on Motion to Dismiss

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 6/10/2008 at 11:43 AM and filed on 6/10/2008
**Case Name:**              SCHWANER v. CHU
**Case Number:**             1:07-cv-2349
**Filer:**
**Document Number:**         9

Docket Text:
**ORDER granting [6] Defendant's unopposed Motion to Dismiss as conceded and dismissing the case. Signed by Judge Emmet G. Sullivan on 6/10/08.(ah)**

**1:07-cv-2349 Notice has been electronically mailed to:**

Christian Alexander Natiello  christian.natiello@usdoj.gov, Tammatha.L.Dawkins@usdoj.gov

**1:07-cv-2349 Notice will be delivered by other means to::**

JACK A. SCHWANER
1 Great Oak Circle
Apartment B-44
Newport News, VA 23606

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**N:\DOCS\Schwaner.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=6/10/2008] [FileNumber=1818627-0]
[30eb2d1d617d3f9020788a0c24fe3c759647029bb44ac7aa9282b15d796fb6a36cfd
fa6bf08aa9a767a727fdceae762cf697dd13fb73dd4acd55a8c08e96b206]]

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE N.W.
WASHINGTON D.C.20036

Jack A.Schwaner )
1Great Oak Cir. Apt.B-44 )
Newport News Va.23606 )
 )
Plaintiff ) Civil Action No. 07-2349 (EGS)
 )
Vs )
 )
David S.C.Chu )
Under Secretary of Defense )
(Personnel and Readiness) )
Pentagon,Washington D.C. )
 )
Defendant )

The Plaintiff is a Resident of of Newport News,Va.

COMPLAINT

(DODI.1344-07,March 30,2007)
PERSONAL COMMERCIAL SOLICITATION EVALUATION

E5. ENCLOSURE 5

    The Plaintiff seeks the complete removal of a newly introduced Form E 5 Enclosure 5 in DODI 1344-07 dated Mar.30,2007 and include the removal of any portion specially related to E5 Enclosure 5 within DODI 1344-07.The Department of Defense erred by naming incorrectly the canceled DOD 1344-7 a Directive and not D.O.D 1344-07 .Since E5 Enclosure 5 pertains to Insurance Agents violates th Privacy Act also missing is a privacy waver form. This form is illegal ,unenforceable ,arbitrary capricious is discriminatory and lacks due process Infractions enclosed in E5 enclosure 5 with the exception of 4.a and 4.b are all included in DODI 1344-07 . The Plaintiff finds form E5 Enclosure 5 requires the Insurance Agent to render this form to the prospective client who may or may not utilize it,.this making a judgmental call with no consequential intrusion that provides a sanctuary toward the accuser. Note Exhibits 1 and 2 are explicit instructions on conduct of Insurance Agents and must be signed that it is understood and any violations within those regulations can cause revocation in a Show Cause Hearing if the allegations are proven correct "Army revocation is 2 years". As Exhibit 3 shows some Army installations choose to use 18 USC Section 1382 a Criminal Procedure in the revocation to permanently bar Insurance Companies or their Agents ignoring the correct procedure using the regulations in DOD 1344-07 or AR 210-7.

page 2

## EXHIBITS

1-DOD 1344-07 Rules of Conduct relating to Insurance Agents on Military Installations

2-AR 210-7 Rules of Conduct relaying to Insurance Agents on a Army Installations

3-3 page copy of Control of Personal Commercial Solicitation on Army Installations

4-Copy of Crimes and Criminal Procedure-18 USC Section 1382

5-Copy of E5 Enclosure 5

6-Class action suits against Insurance Companies .and its Agents by US Government ,the defendants received favorable verdicts They lost mainly because all signed "a statement of understanding".

## CONCLUSION

To be a Insurance Agents its called a Profession and must pass a rigid state Insurance Exam and if he chooses to work in Military Installations he is required to read and sign he understand the Installation regulations, all violations are found in the stated regulations,not in E5 enclosure 5

The Plaintiff request this Court for a summary Judgment against the Defendant in the removal of Department of Defense Instruction 1344-07 E5 Enclosure 5 and remove all material relating to E5 Enclosure 5.within DOD 1344-07.

Respectfully Submitted

Jack A.Schwaner
1 Great Oak Cir. Apt.B-44
Newport News,Va 23606
(757) 595-2804

## Certificate of Service

I hereby certify this 8th day of Dec.,2007 a true and complete copy was mail first class postage of this informal brief to the party address below.

David S.C.Chu
Under Secretary of Defense
(Personnel and Readiness)
Pentagon, Washington D.C.

Jack A.Schwaner
1 Great Oak Cir. Apt.B-44
Newport News,Va.